| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA HULL  Bar No. 99802 |
| 2 | CHRISTOPHER J. KELLER Bar No. 178491 |
| 3 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | |
| | Attorneys for Defendant |
| 7 | KAISER PERMANENTE FLEXIBLE BENEFITS |
| | PLAN |
| 8 | |
| | LAW OFFICE OF MICHAEL E. KINNEY |
| 9 | MICHAEL E. KINNEY Bar No. 110678 (SBN 77018) |
| | 438 First Street, 4th Floor |
| 10 | Santa Rosa, CA  95401 |
| | Telephone: (707) 527-4141 |
| 11 | Facsimile: (707) 579-9561 |
| 12 | |
| | Attorney for Plaintiff |
| 13 | DONALD GRACEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY, | CASE NO. C 07-03853 (VRW) |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, | |
| Defendant. | |

SF/1439609v1

CASE NO. C 07-03853 (VRW)
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

1  Pursuant to L.R. 6-1(a), plaintiff Donald Gracey and defendant Kaiser Permanente
2  Flexible Benefits Plan, by and through their attorneys, hereby stipulate and agree to a 14-day
3  extension of time for defendants to respond to the complaint currently on file with the Court, and
4  that defendants' responsive pleading shall be due on or before September 13, 2007.

5  There have been no prior extension of time.

7  IT IS SO AGREED AND STIPULATED

10 DATED: August 29, 2007    LAW OFFICE OF MICHAEL E. KINNEY

            By: /s/ Michael E. Kinney
               Michael E. Kinney, Esq.
               Attorneys for Plaintiff
               DONALD GRACEY

16 DATED: August 29, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

            By: /s/ Rebecca A. Hull
               Rebecca A. Hull, Esq.
               Christopher Keller, Esq.
               Attorneys for Defendant
               KAISER PERMANENTE FLEXIBLE BENEFITS PLAN

-1-    CASE NO. C 07-03853 (VRW)
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

SF/1439642v1