1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5        email: rebecca.hull@sdma.com
         email: christopher.keller@sdma.com
6  Attorneys for Defendant
   KAISER PERMANENTE FLEXIBLE
7  BENEFITS PLAN

8

9

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12

13  DONALD GRACEY,                         CASE NO. C 07-03853 (VRW)

         Plaintiff,
14                                         DEFENDANT'S CERTIFICATION OF
                                           INTERESTED ENTITIES OR PERSONS
15       v.

16  KAISER PERMANENTE FLEXIBLE
    BENEFITS PLAN,

17       Defendant.

18

19
       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
20
    associations of persons, firms, partnerships, corporations (including parent corporations or other
21
    entities (i) have a financial interest in the subject matter in controversy or in a party to the
22
    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
23
    substantially affected by the outcome of this proceeding:
24
    ///
25
    ///
26
    ///
27
    ///
28

SF/1442861v1                                      1                    CASE NO. C 07-03853 (VRW)
               DEFENDANT'S CERTIFICATION OF INTERESTED ENTTIES OR PERSONS

1.    Metropolitan Life Insurance Company; and

2.    Kaiser Permanente Flexible Benefits Plan

DATED: September 13, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: *[signature]*
Rebecca A. Hull
Christopher Keller
Attorneys for Defendant
KAISER PERMANENTE FLEXIBLE BENEFITS PLAN

SF/1442861v1                     2                  CASE NO. C 07-03853 (VRW)
DEFENDANT'S CERTIFICATION OF INTERESTED ENTTIES OR PERSONS