**In the United States District Court**
**for the Northern District of California**
**Chief District Judge Vaughn R. Walker**

CIVIL MINUTES

Date: November 1, 2007

Case No: **C- 07-03853 VRW**

Case Name: **DONALD GRACEY v. KAISER PERMANENTE FLEXIBLE BENEFITS PLAN**

Attorneys:   Pltf: Michael Kinney     Deft: Christopher Keller

Deputy Clerk:  Lili M. Harrell     Court Reporter: Not reported

**PROCEEDINGS:**                                          **RULING:**

1. Initial Case Management Conference                     Held

2.

**ORDERED AFTER HEARING:**  Parties shall meet and confer regarding discovery discussed at the hearing.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   for

**PRETRIAL SCHEDULE:**

Defendant's motion for summary judgment shall be filed: 1/10/2008 and set for hearing 2/14/2008 at 2:30pm.

Notes:

cc: