1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER J. KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5       email:  rebecca.hull@sdma.com
        email:  christopher.keller@sdma.com
6

7  Attorneys for Defendant
   KAISER PERMANENTE FLEXIBLE BENEFITS PLAN
8

9                  UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   DONALD GRACEY,                          CASE NO. C 07-03853 (VRW)
13
               Plaintiff,                  **DECLARATION OF MARGARET**
14                                         **CALDERON IN SUPPORT OF**
        v.                                 **DEFENDANT KAISER PERMANENTE**
15                                         **FLEXIBLE BENEFITS PLAN'S MOTION**
   KAISER PERMANENTE FLEXIBLE              **FOR SUMMARY JUDGMENT**
16 BENEFITS PLAN,
                                           JUDGE:     HON. VAUGHN R. WALKER
17             Defendant.                  COURTROOM:        6
                                           DATE:      FEBRUARY 14, 2008
18                                         TIME:      2:30 P.M.

19       I, Margaret Calderon, declare:

20       1.      I have personal knowledge of the matters stated herein, except for those

21 matters which are identified herein as being stated on information and belief.  If called upon to

22 do so, I could and would testify to the matters stated below.

23       2.      I am an employee of Metropolitan Life Insurance Company ("MetLife").  I am a

24
   Litigation Specialist.  As part of my responsibilities for MetLife, I am familiar with its
25
   procedures for processing and administrating claims for disability benefits under employee
26
   benefit plans, including the Kaiser Permanente Flexible Benefit Plan (the "Plan") and including
27
   specifically Plaintiff Donald Gracey's claim at issue herein.  I am personally familiar with the
28

manner in which MetLife maintains its files and records, including those that relate to claims for benefits under the Plan.

3. The documents constituting the administrative record in this case, which I am informed have been produced to plaintiff's counsel by counsel for the Plan, consist of 974 pages Bates numbered ADMIN 0001 through ADMIN 0974, consisting of the plan documents including summary plan description, certificate of insurance, Diary Notes and MetLife claim file with regard to the claim by Plaintiff Donald Gracey. These documents are maintained by MetLife in the regular course of business.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of January 2008 at Mt. Prospect, Illinois.

*[signature]*
Margaret Calderon