1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL Bar No. 99802
2  CHRISTOPHER KELLER Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5      email: rebecca.hull@sdma.com
       email: christopher.keller@sdma.com
6  Attorneys for Defendant
   KAISER PERMANENTE FLEXIBLE
7  BENEFITS PLAN

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 DONALD GRACEY,                              CASE NO. C 07-03853 (VRW)

13         Plaintiff,                          **DEFENDANT KAISER PERMANENTE**
                                               **FLEXIBLE BENEFITS PLAN'S NOTICE**
14         v.                                  **OF FILING ADMINISTRATIVE RECORD**
                                               **RE MOTION FOR SUMMARY**
15 KAISER PERMANENTE FLEXIBLE                  **JUDGMENT**
   BENEFITS PLAN,
16
           Defendant.
17
                                               **DATE: FEBRUARY 14, 2008**
18                                             **TIME: 2:30 P.M.**
                                               **COURTROOM: 6**
19                                             **JUDGE: HON. VAUGHN R. WALKER**

20

21 TO THE HONORABLE VAUGHN R. WALKER, AND TO ALL PARTIES AND THEIR

22 ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that defendant Kaiser Permanente Flexible Benefits Plan

24 (hereafter "Plan" or "Defendant") hereby files the Administrative Record, page numbers ADMIN

25 0001 – 0974, maintained in connection with the claim submitted by plaintiff Donald Gracey for

26 long term disability benefits under the Plan. Attached hereto as Exhibit A is a copy of Defendant

27 Kaiser Permanente Flexible Benefits Plan's Notice of Manual Filing In Support of Defendant's

**SEDGWICK** 28 Motion for Summary Judgment, which was manually filed together with the Administrative

1  Record in the Clerk's Office. The Administrative Record is submitted in paper form only and is

2  being maintained in the case file in the Clerk's office. The reason for manual filing is the size of

3  Exhibit A, which will exceed the limits specified on the Court's Electronic Case Filing website,

4  in accordance with Article 7 of the Electronic Filing Order. A courtesy copy of the

5  Administrative Record has been provided to the Court's chambers and was previously served

6  upon plaintiff. The Administrative Record is submitted in support of defendant's motion for

7  summary judgment. The Administrative Record is authenticated by the declaration of Margaret

8  Calderon filed in support of defendant's motion for summary judgment.

9

10  DATED: January 10, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11

12

13                                 By:/s/Rebecca A. Hull
                                      Rebecca A. Hull
14                                    Christopher J. Keller
                                      Attorneys for Defendant
15                                    KAISER PERMANENTE FLEXIBLE
                                      BENEFITS PLAN

16

17

18

19

20

21

22

23

24

25

26

27

**SEDGWICK**  28
DETERT, MORAN & ARNOLD LLP

# EXHIBIT   A



1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5       email: rebecca.hull@sdma.com
        email: christopher.keller@sdma.com
6  Attorneys for Defendant
   KAISER PERMANENTE FLEXIBLE
7  BENEFITS PLAN

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  DONALD GRACEY,                      CASE NO. C 07-03853 (VRW)

13          Plaintiff,                  **DEFENDANT KAISER PERMANENTE**
                                        **FLEXIBLE BENEFITS PLAN'S NOTICE**
14          v.                          **OF MANUAL FILING IN SUPPORT OF**
                                        **MOTION FOR SUMMARY JUDGMENT**
15  KAISER PERMANENTE FLEXIBLE
    BENEFITS PLAN,
16
            Defendant.
17
                                        **DATE: FEBRUARY 14, 2008**
18                                      **TIME: 2:30 P.M.**
                                        **COURTROOM: 6**
19                                      **JUDGE: HON. VAUGHN R. WALKER**

20

21                 **MANUAL FILING NOTIFICATION**

22  Regarding: Exhibit A to Defendant's Notice of Filing Administrative Record

23  TO THE HONORABLE VAUGHN R. WALKER, AND TO ALL PARTIES AND THEIR

24  ATTORNEYS OF RECORD:

25          This filing is in paper or physical form only, and is being maintained in the case file in the

26  Clerk's office. Copies of this filing have been served previously on the parties to this action. For

27  information on retrieving this filing directly from the court, please go to the court's main web site

**SEDGWICK** 28  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
DETERT, MORAN & ARNOLD LLP

SF/1475719v1                                -1-                    CASE NO. C 07-03853 (VRW)

1    This filing was not e-filed for the following reason(s):

2    Exhibit A to Defendant's Notice of Filing Administrative Record is a voluminous

3    document – the Administrative Record consisting of 974 pages – which will exceed the limits

4    specified on the Electronic Case Filing web site, and is manually filed in accordance with Article

5    7 of the Electronic Filing Order. The Administrative Record has been previously served on all

6    parties to this action, and a chambers copy has been provided.

7

8    DATED: January 10, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10                                   By:

11                                       Rebecca A. Hull
                                         Christopher J. Keller
12                                       Attorneys for Defendant
                                         KAISER PERMANENTE FLEXIBLE
13                                       BENEFITS PLAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SEDGWICK** 28