1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CHRISTOPHER KELLER  Bar No. 178491
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5        email: rebecca.hull@sdma.com
         email: christopher.keller@sdma.com
6  Attorneys for Defendant
   KAISER PERMANENTE FLEXIBLE
7  BENEFITS PLAN

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | DONALD GRACEY,                    | CASE NO. C 07-03853 (VRW)
13 |         Plaintiff,                | **[PROPOSED] ORDER RE DEFENDANT KAISER PERMANENTE FLEXIBLE BENEFITS PLAN'S MOTION FOR SUMMARY JUDGMENT**
14 |      v.                           |
15 | KAISER PERMANENTE FLEXIBLE        |
   | BENEFITS PLAN,                    |
16 |                                   |
   |         Defendant.                |
17 |                                   |
18                                       **DATE: FEBRUARY 14, 2008**
                                          **TIME: 2:30 P.M.**
                                          **COURTROOM: 6**
19                                       **JUDGE: HON. VAUGHN R. WALKER**

20

21

22

23

24

25

26

27

28

SF/1475790v1

CASE NO. C 07-03853 (VRW)
[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>    Defendant. | CASE NO. C 07-03853 (VRW)<br><br>**ORDER RE DEFENDANT KAISER PERMANENTE FLEXIBLE BENEFITS PLAN'S MOTION FOR SUMMARY JUDGMENT** |

Defendant KAISER PERMANENTE FLEXIBLE BENEFITS PLAN'S MOTION FOR SUMMARY JUDGMENT came on regularly for hearing before this Court on February 14, 2008. Good cause appearing, this Court orders as follows:

IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment is GRANTED. Judgment shall be entered accordingly for Defendant.

IT IS SO ORDERED.

DATED:

By:_____
    Hon. Vaughn R. Walker
    United States District Judge