**EXHIBIT E**

# JOSEPH J. JARES, III, MD

## CURRICULUM VITAE

### EMPLOYMENT

September, 2000-present  Affinity Medical Group — Oshkosh, WI
*Multispecialty Group Practice, General Neurology and Neurophysiology*

1991 – June, 2000  Lake Cook Neurological Consultants, SC — Niles, IL
*Private Practice, Adult Clinical Neurology*

### EDUCATION

1990 - 1991  Rush Presbyterian St. Luke's Medical Center — Chicago, IL
*Neuromuscular Disease Fellowship*
*Chief Resident, Department of Neurology*

1987-1990  Rush Presbyterian St. Luke's Medical Center — Chicago, IL
*Resident, Department of Neurology*

1986-1987  Rush Presbyterian St. Luke's Medical Center — Chicago, IL
*Intern, Department of Internal Medicine*

1982-1986  Rush Medical College — Chicago, IL
M.D.

1978-1982  University of Chicago — Chicago, IL
*Undergraduate Education*
A.B. Biological Sciences with Divisional Honors

### PROFESSIONAL MEMBERSHIPS

Active Member, American Academy of Neurology, 1998

Associate Member, American Association of Electrodiagnostic Medicine, 1990

Member, American Association for the Study of Headache, 1998

Diplomate, National Board of Medical Examiners, 1987

## CERTIFICATION

American Board of Neurology and Psychiatry November, 1992

## PUBLICATIONS

Bleck, T., Pierre-Louis, S., Smith, M., Jares, J., Murray, J. The Spectrum of Neurological Disease in Medical Intensive Care: A Prospective Study. Neurology 40 (Supplement 1), April 1990. Presented as a poster at the 42nd Annual Meeting of the American Academy of Neurology

## AWARDS RECEIVED

Robert E. Shyron MD Prize, 1987

Spirit Award, Lutheran General Hospital, 1992, 1993

Teacher of the Year Award, Department of Psychiatry, Lutheran General Hospital, 1999

## PRESENTATIONS

Please See Attached