# EXHIBIT E

# Hitesh Patel, M.D.

**Education:**

Currently, Second Year Cardiology Fellow at Temple University Medical Center
Philadelphia, PA 19142

Board Certified Internal Medicine October 2002

Completed Internal Medicine Residency at Temple University Medical Center
Temple University Medical Center Completed PGY 1,2,3 in Internal Medicine 1999-2002
Philadelphia, PA 19142

University of Maryland School of Medicine
August 1995 to 1999
Degree conferred: M.D.

University of Maryland Baltimore County
B.S. Biochemistry- Magna Cum Laude
August 1992-1995

**Work Experience:**

Presbyterian Medical Center
  Cardiology Moonlighting Physician
Temple Surgical Care Intensive Care Unit
  Critical Care Moonlighting Physician's
Temple Continuing Care
  Internal Medicine Attending-Moonlighting Physician
Abbington Memorial Hospital
  Internal Medicine Attending-Moonlighting Physician

**Awards and Honors:**

Magna Cum Laude 1995 Biochemistry
Top Biochemistry Student 1995
Golden Key Honor Society
Dean's List 1992-1995
Presidential Fellowship Scholarship
Honors College Scholarship

| | |
|---|---|
| Research: | University of Maryland School of Medicine<br>1. The importance of follow-up visits on morbidity and mortality in Patients with Seminoma<br>Advisor: Pradip Amin, M.D. 1993-1996<br><br>Temple University, Department of Cardiology<br>1. Multicenter Random Questionnaire: Analyzing the use for Rapamycin in transplant patients<br>2. The effects of CMV infection on the incidence of rejection in Heart transplant patients.<br>3. The effects of Repeated Right Heart Catheterizations on Transplanted Hearts for the assessment of Tricuspid Regurgitation<br>4. The use of BNP, cTnI and other markers as non-invasive markers for rejection for Heart Transplant Patients<br>5. Case Report for Interesting Case of a Anomalous Pulmonary Vein from Left Atrium to the Inominate causing CHF<br><br>Advisor: Howard Eisen, M.D. 1999-2003<br>  Steven Rothman M.D. 2002-2003 |
| Work Experience: | 1. Tutor to inner-city youth 1992-1995<br>2. Chemistry tutor 1994-1995<br>3. Worked at MedImmune on vaccine for Lyme disease 1995 |
| Interests: | 1. Recreational Sports-basketball, football<br>2. Travel |