MICHAEL E. KINNEY
California Bar No. 77018
LAW OFFICE OF MICHAEL E. KINNEY
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
email: kinney@kinnlaw.com

Attorney for Plaintiff
DONALD GRACEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>          Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>          Defendant.<br>_____/ | No.   C  07-03853  VRW<br><br>PLAINTIFF'S EVIDENTIARY OBJECTIONS IN OPPOSITION TO MOTION FOR SUMMARY JUEGMENT<br><br>Date:  March 27, 2008<br>Time:  2:30 p.m.<br>Ctrm:  6 |

     COMES NOW Plaintiff, DONALD GRACEY, and objects to the evidence offered by Defendant in support of its Motion for Summary Judgment as follows:

     1.     The Certificate of Insurance found at page Admin 0015 through Admin 0050.

     Objections:  Hearsay (FRE 803) as it purports to reveal the contents of another document, to wit a policy of insurance; violates the Best Evidence Rule (FRE 1002) as it is secondary evidence of a purported policy of insurance.  A Certificate of Insurance is not, itself, a contract of insurance, but is merely evidence that a policy has been issued.  See,

1 | <u>Empire Fire and Marine Insurance Co. v. Bell</u> (1997) 55 Cal. App. 4th
2 | 1410, 1423.  The contents of the policy can be proven only by offering
3 | the policy, itself, into evidence.

4 | Dated: March 5, 2008                       LAW OFFICE OF MICHAEL E. KINNEY

6 |                                            By: ___/s/_____
7 |                                                  Michael E. Kinney
                                                     Attorney for Plaintiff