MICHAEL E. KINNEY
California Bar No. 77018
LAW OFFICE OF MICHAEL E. KINNEY
438 First St.
Fourth Floor
Santa Rosa, CA 95401
(707) 527-4141
Fax (707) 579-9561
email: kinney@kinnlaw.com

Attorney for Plaintiff
DONALD GRACEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>　　　　　Defendant.<br>_____/ | No.　C 07-03853 VRW<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Date:　March 27, 2008<br>Time:　2:30 p.m.<br>Ctrm:　6 |

　　　　COMES NOW Plaintiff, DONALD GRACEY, and requests that the Court take judicial notice of the following documents from court files of record in the United States District Court, Northern District of California:

　　　　1.　　　Motion re Entitlement to Discovery in <u>Dilley v. Metropolitan Life Insurance Company</u>, Case No. C 07-1831 PJH. Filed October 31, 2007. Listed on the Court's electronic docket in that matter as item 24. A copy is attached hereto as Exhibit A.

　　　　2.　　　Declaration of Lissa A. Martinez in Support of Motion re Entitlement to Discovery in <u>Dilley v. Metropolitan Life Insurance Company</u>, Case No. C 07-1831 PJH. Filed October 31, 2007, Part 1. Listed on the Court's electronic docket in that matter as item 26. A

1  copy is attached hereto as Exhibit B.

2    3. Declaration of Lissa A. Martinez in Support of Motion re Entitlement to Discovery in <u>Dilley v. Metropolitan Life Insurance Company</u>, Case No. C 07-1831 PJH.  Filed October 31, 2007, Part 2.  Listed on the Court's electronic docket in that matter as item 27.  A copy is attached hereto as Exhibit C.

  4. ORDER by Judge Hamilton granting in part and denying in part Motion for Discovery in <u>Dilley v. Metropolitan Life Insurance Company</u>, Case No. C 07-1831 PJH.  Filed December 11, 2007.  Listed on the Court's electronic docket in that matter as item 34.  A copy is attached hereto as Exhibit D.

  5. Order Granting Limited Discovery by Judge Alsup in <u>Walker v. Metropolitan Life Insurance Company; Kaiser Permanente Flexible Benefits Plan</u>, Case No. C 07-03772 WHA.  Filed February 14, 2008.  Listed on the Court's electronic docket in that matter as item 33.  A copy is attached hereto as Exhibit E.

Dated: March 6, 2008        LAW OFFICE OF MICHAEL E. KINNEY

                By: /s/
                  Michael E. Kinney
                  Attorney for Plaintiff