IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>      Plaintiff,<br><br>   v.<br><br>KAISER PERMANENTE FLEXIBLE<br>BENEFITS PLAN,<br><br>      Defendant.<br>_____/ | No. C 07-3853 VRW<br><br>**CLERK'S NOTICE** |

   YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendant's Motion for Summary Judgment to **May 1, 2008 at 2:30 p.m.**  Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

   YOU ARE FURTHER NOTIFIED THAT the Case Management Conference has been continued from April 24, 2008 to **May 29, 2008 at 3:30 p.m.**

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

**Regardless of whether the Court reschedules the hearing date, briefing schedules may not be changed by stipulation. All Opposition and Reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L.R. 7-3.**

Dated: March 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: _Cora Klein_

Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker