1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  email: rebecca.hull@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  KAISER PERMANENTE FLEXIBLE
   BENEFITS PLAN
7

8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   DONALD GRACEY,                    CASE NO. C 07-03853 (VRW)
12
         Plaintiff,                  **JOINT STIPULATION TO CONTINUE
13                                   HEARING ON MOTION FOR SUMMARY
      v.                             JUDGMENT AND CASE MANAGEMENT
14                                   CONFERENCE**

15 KAISER PERMANENTE FLEXIBLE
   BENEFITS PLAN,                    JUDGE:  Hon. Vaughn R. Walker
                                     DEPT:   6
16       Defendant.                  DATE:   SUBMITTED

17

18      Whereas, the Court by Order dated on March 12, 2008 has changed the date of the

19 hearing on Defendant's Motion for Summary Judgment to May 1, 2008 at 2:30 p.m. and the Case

20 Management Conference to May 29, 2008 at 3:30 p.m.

21      Whereas counsel for Defendant has had a long standing plan to be out of the country in

22
23 late April and early May, 2008.

24      Whereas both parties have agreed to continue the hearing on Defendant's Motion for

25 Summary Judgment to May 22, 2007 at 2:30 p.m. and the Case Management Conference to

26 June 19, 2008 at 3:30 p.m.

27
        Whereas neither party is prejudiced by the proposed changes to the dates of the hearing
28

                                          -1-                    CASE NO. C 07-03853 (VRW)
JT. STIPULATION TO CONTINUE HRG. ON MOT. FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE

on Defendant's Motion for Summary Judgment and the Case Management Conference.

Therefore, the parties stipulate as follows:

1. Defendant's Motion for Summary Judgment will be heard on May 22, 2008 at 2:30 p.m.

2. The Case Management Conference in this case will be held on June 19, 2008 at 3:30 p.m.

DATED: March 28, 2008    LAW OFFICE OF MICHAEL E. KINNEY

By: /s/ Michael E. Kinney
Michael E. Kinney
Attorneys for Plaintiff
DONALD GRACEY

DATED: March 28, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Attorneys for Defendant
KAISER PERMANENTE FLEXIBLE BENEFITS PLAN