1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  email: rebecca.hull@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  KAISER PERMANENTE FLEXIBLE
   BENEFITS PLAN
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   DONALD GRACEY,                          CASE NO. C 07-03853 (VRW)
12
              Plaintiff,                   **[PROPOSED] ORDER TO CONTINUE**
13                                         **HEARING ON MOTION FOR SUMMARY**
        v.                                 **JUDGMENT AND CASE MANAGEMENT**
14                                         **CONFERENCE**
   KAISER PERMANENTE FLEXIBLE
15 BENEFITS PLAN,                          JUDGE:  Hon. Vaughn R. Walker
                                           DEPT:   6
16            Defendant.                   DATE:   SUBMITTED

17

18      Pursuant to the Stipulation of the parties, it is hereby Ordered:

19      1.   Defendant's Motion for Summary Judgment will be heard on May 22, 2008 at

20 2:30 p.m.

21
        2.   The Case Management Conference in this case will be held on June 19, 2008 at
22
   3:30 p.m.
23

24 DATED: _____, 2008                    _____
                                           UNITED STATES DISTRICT COURT JUDGE
25

26

27

28