1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  email: rebecca.hull@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  KAISER PERMANENTE FLEXIBLE
   BENEFITS PLAN
7
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11
   DONALD GRACEY,                    CASE NO. C 07-03853 (VRW)
12
        Plaintiff,                   [PROPOSED] ORDER TO CONTINUE
13                                   HEARING ON MOTION FOR SUMMARY
        v.                           JUDGMENT AND CASE MANAGEMENT
14                                   CONFERENCE

   KAISER PERMANENTE FLEXIBLE
15 BENEFITS PLAN,                    JUDGE:  Hon. Vaughn R. Walker
                                     DEPT:   6
16      Defendant.                   DATE:   SUBMITTED

17

18      Pursuant to the Stipulation of the parties, it is hereby Ordered:

19      1.    Defendant's Motion for Summary Judgment will be heard on May 22, 2008 at

20 2:30 p.m.

21
        2.    The Case Management Conference in this case will be held on June 19, 2008 at
22
23 3:30 p.m.

24 DATED:  Mar 31  , 2008
                                     _____
25                                   UNITED STATES DISTRICT COURT JUDGE

26   GRANTED

27   Judge Vaughn R Walker

28
                                          -1-              CASE NO. C 07-03853 (VRW)
   [PROPOSED] ORDER TO CONTINUE HRG. ON MOT. FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE