UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**   May 22, 2008

**COURTROOM DEPUTY:** Cora Klein           **Court Reporter:**    Margo Gurule

**CASE NO.**  C 07-3853   VRW

**TITLE:**   Donald Gracey   v Kaiser Permanente Flexible Benefits Plan, et al

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Michael Kinney | Rebecca Hull |

**PROCEEDINGS:**   1. Def's Motion for Summary Judgment
                   2.

**RESULTS:**       The Court heard argument from counsel.
                   The Court deferred ruling on the motion
                   The matter is set for further motion hearing.