<b>United States District Court</b><br>
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY, | No. C 07-3853 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, | |
| Defendant. / | |

    YOU ARE NOTIFIED THAT, per Counsel's stipulation, further hearing on Defendant's Motion to Dismiss has been set for **August 28, 2008 at 2:30 p.m.** The case management conference currently scheduled for June 19, 2008 shall be vacated and will be set for the same date as the motion hearing date. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: June 3, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov