SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
   email: rebecca.hull@sdma.com
Attorneys for Defendant
KAISER PERMANENTE FLEXIBLE
BENEFITS PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>   Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>   Defendant. | CASE NO. C 07-03853 (VRW)<br><br>NOTICE OF CHANGE OF COUNSEL |

Defendant Kaiser Permanente Flexible Benefits Plan requests that Christopher J. Keller (ckeller@kellerlawpc.com, cjkeller@mac.com, lmelcon@cornerlaw.com) be removed from the e-filing service list for this matter.  Christopher J. Keller is no longer with this firm.

DATED: June 3, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Attorney for Defendant
    KAISER PERMANENTE FLEXIBLE
    BENEFITS PLAN