**United States District Court**
For the Northern District of California

1
2
3          IN THE UNITED STATES DISTRICT COURT
4
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    DONALD GRACEY,                        No.  C 07-3853  VRW
              Plaintiff,
8
     v.                                    **CLERK'S NOTICE**
9
10   KAISER PERMANENTE FLEXIBLE
     BENEFITS PLAN,
11
              Defendant.
12   _____/

13   (Plaintiff is directed to serve a copy, and file proof of service, of this notice on any party in this  action not
     appearing on the court's  Notice of Electronic Filing or the  Certificate of Service)
14
15          YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on defendant's

16   Motion for Summary Judgment currently set for August 28, 2008 to September 25, 2008 at 2:30

17   P.M.    Please report to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San

18   Francisco, California.

19   Parties requesting a continuance shall submit a stipulation and proposed order. If parties are

20   unable to reach a stipulation, the requesting party shall submit an exparte application with a

21   proposed order.

22   Dated: August 18, 2008

23                                         FOR THE COURT,
                                           Richard W. Wieking, Clerk
24

25                                         By: _Cora Klein_____

26                                         Courtroom Deputy Clerk to
                                           Chief Judge Vaughn R Walker
27
     email: cora_delfin-klein@cand.uscourts.gov
28