UNITED STATES DISTRICT COURT

Northern District of California

DONALD GRACEY,

              Plaintiff(s),              No. C 07-03853 VRW (MEJ)

  v.

KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,          **NOTICE OF REFERENCE**

              Defendant(s).
_____/

        The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare proposed findings of fact and recommendations for the disposition of Docket #46, Plaintiff's Motion for Judgment under Federal Rule of Civil Procedure 52. (Dkt. #46.) Accordingly, the Court hereby ORDERS the parties to file a joint status report regarding Plaintiff's motion. In their report, the parties shall inform the undersigned as to:

1)     All relevant filings from the parties (identified by docket number) associated with Plaintiff's motion;

2)     whether any briefing remains outstanding under Civil Local Rule 7; and

3)     for purposes of scheduling a hearing on Plaintiff's motion, any scheduling conflicts on upcoming Thursdays at 10:00 a.m. (through January).

        The parties are reminded that when filing papers that require the Court to take any action, they shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers

Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: October 22, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge