UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DONALD GRACEY, | |
| Plaintiff(s), | No. C 07-03853 MEJ |
| v. | |
| KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, | **ORDER FOR PARTIES TO PROVIDE PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW** |
| Defendant(s). | |

As discussed at the February 18, 2010 hearing, the Court ORDERS the parties to file detailed proposed findings of fact and conclusions of law by March 4, 2010. The parties shall also email the proposed findings to mejpo@cand.uscourts.gov. The Court prefers that the document be in WordPerfect format; however, Word is also acceptable.

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge