SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL (Bar No. 99802)
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email:     rebecca.hull@sdma.com
           christopher.keller@sdma.com

Attorneys for Defendant
KAISER PERMANENTE FLEXIBLE
BENEFITS PLAN

MICHAEL E. KINNEY
California Bar No. 77018
LAW OFFICE OF MICHAEL E. KINNEY
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
email: kinney@kinnlaw.com

Attorney for Plaintiff
DONALD GRACEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>          Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>          Defendant. | No.   C  07-03853 VRW MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR FILING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Judge: Hon. Maria-Elena James |

Plaintiff Donald Gracey and defendant Kaiser Permanente Flexible Benefits Plan, through their respective counsel of record, hereby stipulate, and request that the Court order, that the date for the filing of proposed findings of fact and conclusions of law, currently set for March 4, 2010,

be continued by one week, to March 11, 2010.

This request is made on the ground that the parties have been diligently pursuing a possible resolution of the action, and require a short additional period of time in order to determine whether those efforts will be successful. If the efforts are not successful, then the parties undertake and represent to the Court that they will file their proposed findings and conclusions, as ordered by the Court on February 18, 2010.

It is so stipulated.

Dated: March 3, 2010  LAW OFFICE OF MICHAEL E. KINNEY

By: /s/ Michael E. Kinney (as authorized 3/3/10)
    Michael E. Kinney
    Attorney for Plaintiff

Dated: March 3, 2010  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/    Rebecca A. Hull
    Rebecca A. Hull
    Attorneys for Kaiser Permanente Flexible
    Benefits Plan

## **ORDER**

Upon the stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED. The parties' proposed findings of fact and conclusions of law shall be filed on or before March 11, 2010.

Dated: March 3, 2010                          _____
                                              United States Magistrate Judge