MICHAEL E. KINNEY
California Bar No. 77018
LAW OFFICE OF MICHAEL E. KINNEY
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
email: kinney@kinnlaw.com

Attorney for Plaintiff

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRACEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN,<br><br>　　　　Defendant. | No.　C 07-03853 VRW (MEJ)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(A)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO AGREED AND STIPULATED.

Respectfully submitted,

DATED: April 13, 2010					LAW OFFICE OF MICHAEL E. KINNEY

							By: /s/ Michael E. Kinney
							    Michael E. Kinney
							    Attorney for Plaintiff

DATED: April 28, 2010					SEDGWICK, DETERT, MORAN & ARNOLD LLP

							By: /s/ Rebecca A. Hull
							    Rebecca A. Hull
							    Attorneys for Defendants

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: May 7, 2010

							_____
							Hon. Vaughn R. Walker
							United States District Judge

*IT IS SO ORDERED* — Judge Vaughn R Walker (seal, United States District Court, Northern District of California)

---

2

Stipulation of Dismissal with Prejudice [Case No. C-07-03853 VRW]